IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,               No. CIV S-11-1335 CKD

    vs.

NANCY STORM,

    Defendant.            <u>ORDER</u>

_____/

    Plaintiff has filed a notice of settlement (dkt. no. 18) and has indicated dispositional documents will be filed within thirty days. Accordingly, IT IS HEREBY ORDERED that:

    1. Dispositional documents shall be filed no later than November 7, 2011. Failure to comply with this order may result in the imposition of sanctions on the party causing the failure to file dispositional documents.

    2. The status conference set for November 2, 2011 is vacated.

Dated: October 11, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 - johnson-storm.dispo

1